THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LENA BRECHT, Respondent.

*People* v. *Brecht,* 120 App. Div. 769, affirmed.
(Argued June 1, 1908; decided June 12, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 8, 1907, which reversed a judgment of the Court of General Sessions of the Peace in the county of New York, ren-

dered upon a verdict convicting the defendant of the crime of manslaughter in the first degree and granted a new trial.

*William Travers Jerome, District Attorney (Robert S. Johnstone* of counsel), for appellant.

*Edward Hymes* and *Michael Schaap* for respondent.

Order affirmed, on opinion below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.